GARY L. RAINSDON, TRUSTEE
P.O. BOX 506
TWIN FALLS, ID  83303
PHONE:  (208) 734-1180
FAX:  (208) 734-2783
trustee@filertel.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

In Re:                                        )    CHAPTER 7
                                              )
Shelli Marie Hendriks,                        )
                                              )    CASE NO. 20-40363-JMM
                                              )
_____Debtor._____)

### Motion for Turnover of Property and Records

Notice of Motion for Turnover of Property and Records
and Opportunity to Object and for a Hearing

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

Hearing on Objection.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**COMES NOW**, Gary L. Rainsdon, the Trustee in the above-entitled matter and moves this Court pursuant to 11 USC §§ 542 and 521(a)(4), for an order directing the Debtor to surrender the following property and records, to-wit:

1. 2007 Utility Trailer, VIN: 1J9CC12127A270288

2. 1969 Pontiac Firebird, VIN: 223379L105331 and title

3. 2008 Yamaha ATV, VIN: 5Y4AG05Y08A000849 and title

4. 2008 Yamaha ATV, VIN: 5Y4AG05Y98A000414 and title

The Trustee requested the above items at the Meeting of Creditors on June 8, 2020, and through communications with Debtor's attorney on June 10, 2020.  The Trustee makes said motion upon the grounds and for the reasons that said property is property of the bankruptcy estate and the Debtor has not provided the requested items to the Trustee.

Dated this: June 15, 2020

/s/
Gary L. Rainsdon, Trustee

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 15, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- John O. Avery
  ch@averylaw.net;twinfalls@averylaw.net;ryan@averylaw.net;averybklaw@gmail.com;boise@averylaw.net;pocatello@averylaw.net;lawar78055@notify.bestcase.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:
Via First Class mail, postage prepaid addressed as follows:

PRA Receivables Management, LLC
PO BOX 41021
Norfolk, VA 23541

Shelli Marie Hendriks
574 Carriage Lane
Twin Falls, ID 83301

Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained by the court website, by first class mail, postage prepaid:

None

Via certified mail, return receipt requested, addressed as follows:

None

By:    /s/
Gary L. Rainsdon,  Trustee